```
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF MISSOURI
               EASTERN DIVISION
```

MICHAEL THOMAS GEORGE, et al.,   )
                                 )
           Plaintiffs,           )
                                 )
vs.                              )     No. 4:00CV1793-DJS
                                 )
BOARD OF ELECTION COMMISSIONERS  )
FOR THE CITY OF ST. LOUIS,       )
                                 )
           Defendant.            )

FILED
MAR 1 2 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## PRELIMINARY INJUNCTION

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED** that plaintiff shall execute and file a bond with security approved by the Court, in the amount of $10.00. Upon plaintiff's posting of the bond,

**IT IS FURTHER ORDERED** that defendant Board of Election Commissioners for the City of St. Louis, its officers, agents, servants, employees, attorneys, and all persons acting in concert with them or in connection with shall, until further order of this Court, hold and retain in a safe and secure place all voted ballots, ballot cards, write-in forms, curb-side voter lists, applications, statements, certificates, affidavits and computer programs relating to the November 7, 2000 election (hereinafter "the election"), as well as any reports or internal memoranda generated for or by the Board concerning problems that occurred during the election, all minutes from Board meetings wherein the problems of the election are discussed, any investigative reports

#13

commissioned by the Board concerning the problems that occurred during the election, all maintenance records for all voting machines from August 1, 2000 until November 7, 2000, any tally sheets received from voting precincts concerning the election, any written, electronic, or computerized records relating to complaints received regarding the election, including the complaints themselves, and any phone message logs from November 1, 2000 until November 30, 2000.

Dated this \_\_\_\_12th\_\_\_\_ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/13/01 by dbraun
               4:00cv1793    George vs St. Louis Brd Elect

42:1983 Civil Rights Act

Matthew Blevins -
6115 Marwinette Avenue
St. Louis, MO  63116

Jonathan Blitz -
2011 Alfred
#2N
St. Louis, MO  63110

| | |
|---|---|
| Michael George - | Fax: 314-962-1265 |
| Mark Sableman -  4244 | Fax: 314-552-7103 |
| Ira Young -  6194 | Fax: 314-436-9607 |

SCANNED & FAXED BY:
MAR 13 2001
DJO